[No. 20988-1-III. Division Three. November 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC K. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 01-1-00194-2, John Hotchkiss, J., entered March 25, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 21709-4-III. Division Three. November 4, 2003.]

ROGERS POTATO SERVICE, L.L.C., *Respondent*, v. COUNTRYWIDE POTATO, L.L.C., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Franklin County, No. 01-2-50522-2, Robert G. Swisher, J., entered December 19, 2002. *Reversed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Kurtz, J. Now published at 119 Wn. App. 815.

[No. 29527-0-II. Division Two. November 4, 2003.]

*In the Matter of the Welfare of* S.M.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-7-01556-2, Brian M. Tollefson, J., entered October 11, 2002. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Houghton, J.; Quinn-Brintnall, A.C.J., concurring separately.

[No. 29618-7-II. Division Two. November 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK RAYMOND BUSIG, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-01527-1, Edwin L. Poyfair, J., entered November 5, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.